UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAMS,

                              Plaintiff,

                       20 Civ. 4347 (LGS)

              -against-

                       <u>ORDER</u>

MAMMUT SPORTS GROUP INC.,

                           Defendants,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated June 24, 2020 (Dkt. 5), required the parties to file a proposed case management plan and joint letter by August 6, 2020;

      WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

      ORDERED that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **August 11, 2020**.

Dated: August 10, 2020
      New York, New York

                                                     LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE